■ HARRIET CHLEBOROWICZ, Respondent, v. WALTER CHLEBOROWICZ et al., Appellants.— In an action to recover damages for personal injuries, defendants appeal from an order of the Supreme Court, Suffolk County, dated September 16, 1960, denying their motion, pursuant to section 181 of the Civil Practice Act and rule 156 of the Rules of Civil Practice, to dismiss the complaint for lack of diligent prosecution. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ JOHN EVANGELOS, Respondent, v. MAX LEVINSON, Appellant.— In a negligence action to recover damages for injuries to person and property, the defendant appeals, as limited by his brief, from a judgment of the Supreme Court, Kings County, entered September 14, 1960, after a jury trial, upon a verdict of $10,000 in favor of plaintiff. Judgment affirmed, with costs. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ. concur.

■ HARVEY S. FEUERSTEIN, an Infant, by His Guardian ad Litem, JOSEPH A. FEUERSTEIN, et al., Respondents, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant, et al., Defendant.— In an action to recover damages for personal injuries, and for medical expenses and loss of services, the defendant Board of Education appeals from so much of a judgment of the Supreme Court, Kings County, rendered July 11, 1960, after a nonjury trial, upon the decision of the court, as is in favor of the plaintiffs and against said defendant. Judgment insofar as appealed from affirmed, with costs. No opinion. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.